**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-305-8 |
| | § | |
| | § | |
| | § | |
| WILLIE WHITEHURST | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 208). The motion for continuance is GRANTED. The sentencing hearing

is reset to **September 10, 2013 at 9:00 a.m.**

SIGNED on August 7, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge